In the UNITED STATES DISTRICT COURT FOR THE

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2026 AUG 31 A 10: 16
CLERK Kdm
SO. DIST. OF GA.

11TH District of Georgia

Southern Division Brunwick,Georgia Court

Plaintiff: Gregory Davis (

Request Jury Troil

(

Vs. (

Defendant:
MARTA/ATU 732, E.T.
Zenith American

Motion by Plaintiff to refer cause to mediation

Comes now Gregory Davis plaintiff in the above style and numbered cause by and thru pro,se and files a motion for a order Referring the above numbered and style cause to mediation and in Support would show unto the court the following matters and facts.

Facts:

1.collective bargaining agreement has a clause for mediation or similar forms adr in employment or labor disputes

2.Defendant and itd entirety refuse grievance-arbitration according To collective bargaining contract and AAA refusing to arbitrate in there refusing to grant myself a grievance.

3.Defendant refuse to act in a legal manner concerning demand letter I send to them thru a court certified process server.

4.Past history with judges in two cases federal case 122CV-02770-JPB

Mentioned in judicial complain in packett and a workmans compensation case 2014-032592

Matters of concern to court as follows:

In the past the defendant and its entirely has a lot of unfair influences on judicial judges ,aaa arbitrators and etc.Beside

They keep blocking my trails etc.( ).

Gregory Davis

Gregory davis

8-31-26